# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL MITCHELL,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED HEALTH CENTERS OF THE SAN JOAQUIN VALLEY, *a Colorado corporation*,<br><br>    Defendant. | Case No. 1:23-cv-00060 JLT EPG<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS RECOMMENDING (1) GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND (2) GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>(Docs. 46, 54, 56) |

Crystal Mitchell is a former hourly, non-exempt employee of Defendant United Health Centers of the San Joaquin Valley (UHSJ) who worked as a staff accountant at Defendant's facility. On March 26, 2025, the assigned magistrate judge issued Findings and Recommendations recommending Plaintiff's request for judicial notice and motion for class certification both be granted. (Doc. 56.) Defendant filed objections on April 24, 2025. (Doc. 57.) Plaintiff replied to the objections on May 2, 2025. (Doc. 58.)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the action. Having carefully reviewed the matter, including the objections, which essentially reiterate arguments carefully considered and rejected by the magistrate judge[1], and the reply, the Court

---

[1] In its original opposition to the motion for class certification, Defendant attributed a non-existent quotation to *Jiminez v. Domino's Pizza, Inc*., 238 F.R.D. 241 (C.D. Cal. 2006). (*See* Doc. 50 at 12.) Even though Plaintiff pointed out this error in its reply brief (Doc. 53 at 10 n. 4), Defendant has repeated the erroneous attribution **again** in its objections. (Doc. 57 at 6) **The Court hereby puts counsel on notice that future "errors" of this nature will result in an order to show cause re: sanctions.**

concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 26, 2025, (Doc. 56) are **ADOPTED** in full.
2. Plaintiff's request for judicial notice of the State Court Action (Doc. 54) is **GRANTED**.
3. Plaintiff's motion for class certification (Doc. 46) is **GRANTED**.

IT IS SO ORDERED.

Dated:   **July 31, 2025**

UNITED STATES DISTRICT JUDGE

2