# UNITED STATES DISTRICT COURT

### Eastern District of California

AUG 26 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

CRYSTAL MITCHELL

Plaintiff(s),

V.

UNITED HEALTH CENTERS OF THE SAN JOAQUIN VALLEY

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-CV-00060-JLT-EPG

Notice is hereby given that, subject to approval by the court, United Health Centers of the San Joaquin Valley (Party(s) Name) substitutes Russell K. Ryan, Ryan Legal, PC (Name of New Attorney), State Bar No. 139835 as counsel of record in place of Russell K. Ryan; Motschiedler, Michaelides, Wishon, Brewer & Ryan, LLP. (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: RYAN LEGAL, PC
Address: 5200 N. Palm Ave., Ste. 306, Fresno, CA 93704
Telephone: (559) 499-4000   Facsimile: _____
E-Mail (Optional): russ@ryanlegalpc.com

I consent to the above substitution.

Date: 8/20, 2025

Justin Pleas
Chief Executive Officer
(Signature of Party(s))

I consent to being substituted.

Date: _____, 2025

Russell K. Ryan, MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: _____, 2025

(Signature of New Attorney)
Russell K. Ryan, RYAN LEGAL, PC

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/26/25

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com