**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL MITCHELL, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTH CENTERS OF THE SAN JOAQUIN VALLEY, a California corporation<br><br>Defendant. | Case No. 1:23-cv-0060-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 74) |

On January 11, 2023, Plaintiff Crystal Mitchell initiated this putative class action. (Doc. 1.) On March 3, 2023, Plaintiff filed a first amended complaint. (Doc. 6.) On July 31, 2025, the district judge granted Plaintiff's motion for class certification. (Doc. 59.) On January 27, 2026, the parties filed a stipulation and proposed order for leave to file a second amended complaint. (Doc. 70.)

On March 23, 2026, the assigned magistrate judge issued findings and recommendations recommending that the parties' stipulation for leave to file a second amended complaint be denied. (Doc. 74.) The Court served the findings and recommendations on the parties and notified them any objections were to be filed within 30 days after service. (*Id.*) No party has filed objections and the time to do so has since passed.

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the

1

case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.     The findings and recommendations issued on March 23, 2026 (Doc. 74) are **ADOPTED IN FULL**.

IT IS SO ORDERED.

Dated:   **April 25, 2026**

UNITED STATES DISTRICT JUDGE

2